RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Fernando Meza Recio

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Fernando Meza Recio,<br><br>　　　　Defendant. | Case No. 3:18-cr-57-MMD-CSD-14<br><br>**Joint Stipulation Regarding a Reduction in Sentence** |

　　In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Fernando Meza Recio, file this Joint Stipulation.

　　The parties state as follows:

　　1.　　Undersigned counsel and government counsel have determined that Mr. Meza Recio qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On August 19, 2022, this Court sentenced Mr. Meza Recio to 72 months' incarceration. ECF No. 906. Mr. Meza Recio was in CHC I with a total offense level of 27, which yielded a sentencing guideline range of 70–87 months. Under the amended Guidelines, the parties have determined Mr. Meza Recio is in CHC I with a total offense level of 25 which yields a guideline range of 57–71 months.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Meza Recio's sentence be amended to 58 months.

DATED this 4th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Madeline S. Lal*<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Fernando Meza Recio,<br><br>  Defendant. | Case No. 3:18-cr-00057-MMD-CSD-14<br><br>**ORDER** |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED this 9th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE